UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 10/6/22

UNITED STATES OF AMERICA,
    Plaintiff,

v.

AMERICAN COATED PAPER COMPANY, INC., *et al.*,
    Defendants.

1:20-mc- 781

(Originally In Equity No. 21-33)

## [ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of Plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated. The Clerk of Court is respectfully directed to terminate this case.

Dated: 10/6/22

SO ORDERED:
*/s/ Andrew L. Carter*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE